UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN COMMUNICATIONS
NETWORK, INC.,

        Plaintiff,

vs.

        Case No. 08-CV-13427
        HON. GEORGE CARAM STEEH

ADAM HILL,

        Defendant.
_____/

ORDER DISMISSING AUGUST 12, 2008 SHOW CAUSE ORDER (#7)

On August 12, 2008, plaintiff American Communications Network, Inc. (ACN) was ordered to show cause by August 25, 2008 why this case should not be dismissed for lack of federal subject matter jurisdiction in the absence of allegations sufficient to ascertain ACN's citizenship and thus establish complete diversity. See 28 U.S.C. § 1332(a)(1), (c)(1) and JP Morgan Chase Bank v. Traffic Steam (BVI) Infrastructure Ltd., 536 U.S. 88, 91 (2002). ACN filed a timely response on August 14, 2008 affirmatively stating that defendant Adam Hill is a resident of California, and plaintiff ACN is a Michigan corporation with its principal place of business in Concord, North Carolina. ACN has thus demonstrated that complete diversity exists in this lawsuit. See Owen Equipment and Erection Co. v. Kroger, 437 U.S. 365, 373 (1978). Accordingly,

The court's August 12, 2008 Order requiring plaintiff ACN to show cause is hereby DISMISSED.

SO ORDERED.

Dated: August 18, 2008

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 18, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk